

**ORDERED in the Southern District of Florida on October 24, 2023.**

_____

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### (WEST PALM BEACH)

In Re:

    **ADLEY DASILVA**                        Case No.:  23-17050-MAM
                                                    Chapter 7

_____/

## ORDER GRANTING MOTION FOR ORDER CONFIRMING ABSENCE OR TERMINATION OF THE AUTOMATIC STAY

This matter came before the Court on October 17, 2023 at 10:00 a.m., for consideration of First-Citizens Bank & Trust Company's (hereinafter referred to as "FCB") Motion for an Order Confirming Absence or Termination of the Automatic Stay, documented as Doc. No. 12 (hereinafter referred to as "the Motion"). The Court acknowledges that FCB has duly served the Motion upon all parties of interest. In the absence of any objections to the Motion, the Court considers it unopposed. It is therefore ORDERED as follows:

1.  The Motion (Doc. No. 12) is granted in its entirety.

2.  The Court hereby confirms that the automatic stay, pursuant to 11 U.S.C. § 362, is inapplicable with respect to Cosmetica Inc. Consequently, for all intents and purposes, the automatic stay is terminated as it pertains to FCB's interest in the property, identified as a **2020 Fraxis Due System** and **Powered Assisted Lipoplasty Device, Electric** (hereinafter referred to as "Collateral") as to Cosmetica Inc.

3.  Specifically, FCB is permitted to both assert and defend its contractual rights in the ongoing litigation in the 19th Judicial Circuit of the State of Florida, specifically in Case No. 2023-CA-001484, styled as *BankUnited, N.A. v. Cosmetica Inc.*, et al. (herein the "State Litigation"), as to Cosmetica Inc. **only**. This authorization extends to the initiation or continuation of the State Litigation and to negotiate and secure possession of the Collateral, as well as, to facilitate the sale or auction of the Collateral, if needed.

4.  Notwithstanding the foregoing authorizations, FCB is expressly prohibited from seeking *in personam* relief against the Debtor, Adley DaSilva, individually, consistent with the limitations set forth in the Motion and per the relevant provisions of the Bankruptcy Code.

###

*Attorney Joseph Krcmar shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rules 2002-1(F) and 4001-1(K).*

Order Submitting Party
Joseph Krcmar, Esq. (#126337)
Edwards Maxon Mago & Macaulay, LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 803-0378
Fax: (312) 873-4421
E-mail: jkrcmar@em3law.com
*Counsel for First-Citizens Bank & Trust Company*