**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on December 7, 2023**

*Mindy A Mora*
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–17050–MAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Adley DaSilva
aka Adley Da Silva
223 Preserve Trail South
Stuart, FL 34994

SSN: xxx–xx–0973

## FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.